# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **KENNETH MARCINIAK and** § | | |
| **DEBORAH MARCINIAK** § | | |
| § | | |
| **V.** § | Case No. 1:09-CV-1003 | |
| § | | |
| **ALLSTATE TEXAS** § | | |
| **LLOYD'S, ET AL.** § | | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on December 11, 2009. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion to dismiss with prejudice and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED** and the parties "Agreed Motion to Dismiss with Prejudice" (Docket No. 16) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this 1 day of **September, 2010.**

_____
Ron Clark, United States District Judge